# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155095

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JAMON NIQUAN LEE HAMPTON,
        Defendant-Appellant.

SC: 155095
COA: 329114
Ingham CC: 14-000464-FC

_____/

On order of the Court, the application for leave to appeal the November 15, 2016 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Ames* (Docket No. 156077) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2018



Clerk

d1115